NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ICAP CORPORATES, LLC, | Civil Action No.: 14-5451 (JLL) (JAD) |
| Petitioner, | **ORDER** |
| v. | |
| MICHAEL DRENNAN, | |
| Respondent. | |

**LINARES**, District Judge.

This matter comes before the Court by way of Magistrate Judge Joseph A. Dickson's Report and Recommendation dated November 18, 2015 ("Report and Recommendation" or "R&R"), recommending that the undersigned grant Petitioner ICAP Corporates, LLC ("ICAP")'s motion to vacate the National Futures Association ("NFA")'s Arbitration Award and deny Respondent Michael Drennan ("Drennan")'s cross-motion to confirm the Arbitration Award relevant to the above-referenced matter. (ECF No. 12, R&R.) For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 16 day of February, 2016,

**ORDERED** that the Court ADOPTS the findings of fact and conclusions of law in Magistrate Judge Dickson's Report and Recommendation date November 18, 2015 (ECF No. 12) as the Opinion of this Court; and it is further

**ORDERED** that ICAP's motion to vacate the NFA's Arbitration Award (ECF Nos, 1, 2) is GRANTED; and it is further

1

**ORDERED** that Drennan's cross-motion to confirm the NFA's Arbitration Award (ECF No. 7) is DENIED.

**IT IS SO ORDERED.**

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE